UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,    Plaintiff,    v.  L. ANDRICHAK, et al.,    Defendants. | No. 2:15-cv-0792 KJN P    ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendants L. Andrichak, S. Chaiken and M. Schneider were deliberately indifferent to plaintiff's serious mental health needs, and deprived him of group therapy and outdoor exercise, in violation of the Eighth Amendment, resulting in plaintiff's suicidal thoughts. On November 21, 2016, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 31) is granted and the stay of this action is lifted; and

2. By separate order, the court will set a schedule for this case.

Dated: November 29, 2016

/howe0792.optout

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1