UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:15-cv-0792 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. ANDRICHAK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] On May 1, 2018, plaintiff was granted an extension of time to file objections. However, on June 5, 2018, plaintiff filed a notice that he declines to file objections, and will be pursing his claims in state court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 28, 2018, are adopted in full; and

2. Plaintiff's motion to reinstate his case (ECF No. 43) is denied.

Dated: July 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/howe0792.801